UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21656-CIV-MARTINEZ-BECERRA

VENUS CONCEPT USA INC.,

    Plaintiff,

v.

TAMARA WILSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters and for a report and recommendation on all dispositive motions. (ECF No. 6.) On October 20, 2022, Plaintiff filed its Motion for Summary Judgment (the "Motion"). (ECF No. 46.) Defendant failed to respond to the Motion. On April 19, 2023, Judge Becerra filed a Report and Recommendation recommending that: (1) the Motion be granted as to Count I of the Complaint; (2) Count II of the Complaint be dismissed with prejudice as it was pleaded in the alternative to Count I; and (3) Plaintiff be awarded $74,610.93 in damages, plus interest at the daily rate of $36.79 beginning on June 13, 2019, and continuing through the date of final judgment, in addition to reasonable costs and attorneys' fees. (ECF No. 53 at 8.) This Court has reviewed the record and notes that no objections have been filed, and the time to do so has passed.

Therefore, after careful consideration, it is **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 53), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED AND ADJUDGED** that:

    1.    The Motion, (ECF No. 46), is **GRANTED**, as set forth in the Report and Recommendation.

    2.    Count II of the Complaint, (ECF No. 1), is **DISMISSED WITH PREJUDICE**.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending Motions as **MOOT**.

4. The Clerk is **DIRECTED** to mail a copy of this order to Defendant Tamara Wilson at the address provided for her in CM/ECF for this action.

5. Final judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of May, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Tamara Wilson, *pro se*