UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21656-CIV-MARTINEZ-BECERRA

VENUS CONCEPT USA, INC.,

    Plaintiff,

v.

TAMARA WILSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Attorney's Fees and Costs (the "Motion"). (ECF No. 59). Judge Becerra entered an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 67.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 67), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion, (ECF No. 58), is **GRANTED in part and DENIED in part** as set forth in the R&R. Plaintiff is awarded **$15,643.00** in reasonable attorneys' fees and **$1,261.25** in costs.

**DONE AND ORDERED** in Miami, Florida, this ___ day of March, 2024.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record